# Court of Appeals
# of the State of Georgia

ATLANTA,__June 07, 2012_____

*The Court of Appeals hereby passes the following order:*

**A12D0392.  JERRY LARRY COLLIER v. ECONOMY AUTO SALES, INC.**

Jerry Larry Collier seeks discretionary review of the trial court's order denying his motion to strike answer and for entry of default judgment against Economy Auto Sales, Inc.  The denial of a motion for default judgment is an interlocutory ruling. *Ware v. Handy Storage*, 222 Ga. App. 339 (474 SE2d 240) (1996); see also *Standridge v. Spillers*, 263 Ga. App. 401, 403 (1) (587 SE2d 862) (2003).  The trial court's order was not otherwise designated as a final order under OCGA § 9-11-54 (b), and the underlying case is still pending below.  Therefore, the order is interlocutory and requires an application for interlocutory review under OCGA § 5-6-34 (b).

A party seeking appellate review of an interlocutory order must follow the interlocutory appeal procedure set forth in OCGA § 5-6-34 (b), which includes obtaining a certificate of immediate review from the trial court. Because Collier failed to follow the interlocutory appeal procedure, we lack jurisdiction to consider this application, which is therefore DISMISSED.  See *Ware*, supra; see also *Pace Constr. Corp. v. Northpark Associates, L. P.*, 215 Ga. App. 438, 439 (450 SE2d 828) (1994).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__06/07/2012_____*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*



_____, *Clerk.*